# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2018

157906

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BENONI JONATHAN ENCISO,
      Defendant-Appellant.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 157906
COA: 342965
Emmet CC: 17-004527-FH

      On order of the Court, the application for leave to appeal the May 21, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. Among the issues to be considered, the Court of Appeals shall address whether: (1) a defendant's waiver of the right to be physically present at sentencing is valid only if accomplished on the record, see *People v Palmerton*, 200 Mich App 302 (1993); and (2) a defendant's unpreserved claim regarding his or her lack of physical presence at sentencing is subject to review for plain error. See *People v Heller*, 316 Mich App 314 (2016).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2018



Clerk

p1212